

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable R. H. Nichols
General Manager
Pease River Flood Control District
Vernon, Texas

Dear Sir:

Opinion No. O-4550
Re: Can a Director of the Flood
Control District be elected
Manager and receive compen-
sation for such service?

Your letter of April 17, 1942, stating that you
are one of the Directors of the Pease River Flood Control
District and that the Directors had elected you to serve
as General Manager with the request that we advise you
whether you could serve as said General Manager and receive
compensation for such services, has been given our careful
attention.

The Act creating said Flood Control District
passed in 1935, being Senate Bill No. 62, page 1646 of
the General and Special Laws of the Forty-fourth Legis-
lature, provides that the District shall be controlled
by nine directors appointed by the Governor by and with
the consent of the Senate and fixed the term of office
at six years.

In our Opinion No. O-410, dated March 13, 1939,
we were called upon to and did pass upon the eligibility
of a member of the Board of Trustees of the Texas Tech-
nological College to be elected and serve as President of
said College. In said opinion we held that he was not
eligible. We attach hereto a copy of said opinion.

By reason of the fact that you have been ap-
pointed and are serving as a Director of the Flood Con-
trol District it would be against public policy for you
to be elected General Manager and paid a salary fixed by
the Board of which you are a member. Our Opinion No.
O-410 discusses all of the questions at length. Under

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable R. H. Nichols, Page 2

the authorities and reasonings stated in said opinion it is our opinion that you cannot serve as General Manager of the Flood Control District and receive compensation therefor.

APPROVED APR 28, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

GWB:LM

ENCLOSURE


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN